ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1  Defendants' products resulting from such infringement;

2    32.    That this Court adjudge that Defendants, and each of them, by virtue
3  of the production, importation, use and sale of the 13 LED Marker United Lights
4  and/or the 13 LED Lucidity Lights have directly infringed, contributed to the
5  infringement or induced the infringement of the '570 Design Patent, and award to
6  Plaintiff all of Plaintiff's lost profits as a result of such infringement and not less
7  than a reasonable royalty on the sale of all of Defendants' products resulting
8  from such infringement;

9    33.    That this Court adjudge that Defendants, and each of them, by virtue
10  of the production, importation, use and sale of the 13 LED Marker United Lights
11  and/or the 13 LED Lucidity Lights have directly infringed, contributed to the
12  infringement or induced the infringement of the '570 Design Patent under the
13  Doctrine of Equivalents, and award to Plaintiff all of Plaintiff's lost profits as a
14  result of such infringement and not less than a reasonable royalty on the sale of
15  all of Defendants' products resulting from such infringement;

16    34.    That this Court adjudge that Defendants, and each of them, by virtue
17  of the production, importation, use and sale of the 13 LED Marker United Lights
18  and/or the 13 LED Lucidity Lights have directly infringed, contributed to the
19  infringement or induced the infringement of the '670 Design Patent, and award to
20  Plaintiff all of Plaintiff's lost profits as a result of such infringement and not less
21  than a reasonable royalty on the sale of all of Defendants' products resulting
22  from such infringement;

23    35.    That this Court adjudge that Defendants, and each of them, by virtue
24  of the production, importation, use and sale of the 13 LED Marker United Lights
25  and/or the 13 LED Lucidity Lights have directly infringed, contributed to the
26  infringement or induced the infringement of the '670 Design Patent under the
27  Doctrine of Equivalents, and award to Plaintiff all of Plaintiff's lost profits as a
28  result of such infringement and not less than a reasonable royalty on the sale of

1  all of Defendants' products resulting from such infringement;

2      36.   That this Court adjudge that Defendants, and each of them, by virtue

3  of the production, importation, use and sale of the United Air Valve Trailer Knob

4  has directly infringed, contributed to the infringement or induced the

5  infringement of the '038 Design Patent, and award to Plaintiff all of Plaintiff's

6  lost profits as a result of such infringement and not less than a reasonable royalty

7  on the sale of all of Defendants' products resulting from such infringement;

8      37.   That this Court adjudge that Defendants, and each of them, by virtue

9  of the production, importation, use and sale of the United Air Valve Trailer Knob

10  has directly infringed, contributed to the infringement or induced the

11  infringement of the '038 Design Patent under the Doctrine of Equivalents, and

12  award to Plaintiff all of Plaintiff's lost profits as a result of such infringement and

13  not less than a reasonable royalty on the sale of all of Defendants' products

14  resulting from such infringement;

15      38.   That this Court adjudge that Plaintiff's Spyder Mark is valid and

16  enforceable;

17      39.   That this Court adjudge that Defendants, and each of them, have

18  infringed Plaintiff's Spyder Mark;

19      40.   That this Court adjudge that Plaintiff's use of the Spyder Design

20  has developed a secondary meaning within the minds of consumers as identifying

21  products that have the Spyder Design as being that of Plaintiff;

22      41.   That this Court adjudge that Plaintiff's use of the Spyder Design has

23  developed into the trade dress of the Plaintiff;

24      42.   That this Court adjudge that trade dress developed from the Spyder

25  Design is valid, famous, and distinctive, and that Plaintiff has the right to sell

26  products under the trade dress as illustrated in the Spyder Design and to enforce

27  any infringement of the trade dress as illustrated in the Spyder Design against

28  any third party infringer;

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

43.     That the Court adjudge that Defendants, and each of them, have infringed the trade dress as illustrated in the Spyder Design in violation of § 32(1) the Lanham Act, 15 U.S.C. § 1114(1), that such trade dress infringement was committed willfully, and that such trade dress infringement was without the consent, permission, or license of Plaintiff;

44.     That this Court adjudge that Defendants' Infringing Lights and each and every one of them, infringes Plaintiff's trade dress in the Spyder Design.

45.     That this Court adjudge that Defendants, and each of them, have wrongfully used in commerce, or induced the wrongful use in commerce, of false designation of origin, false description and false representation by producing and selling directly competing products including Defendants' Infringing Lights identical to the Spyder LEDs and the Spyder Design, identical or substantially similar to the Spyder Design, which are in direct competition with the Spyder LEDs sold by Plaintiff under the trade dress as illustrated in the Spyder Design in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and that such false designation of origin, false description and false representation were committed willfully;

46.     That the Court adjudge that Defendants' use of its light pattern design and its use of the art illustrated in the Spyder Design have diluted the trade dress for Spyder Design and caused injury to Plaintiff's goodwill and business reputation in violation of § 43(c) of the Lanham Act, 15 U.S.C. § 1125(c), and that such trademark dilution was committed willfully;

47.     That this Court adjudge that Defendants, and each of them, have competed unfairly or induced acts of unfair competition with Plaintiff in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and that such unfair competition was committed willfully;

48.     That this Court adjudge that the Plaintiff's trade dress illustrated in Spyder Design are valid, famous, and distinctive, at the time of Defendants' use

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

of its light pattern design;

49.    That this Court adjudge that Defendants' use of its light pattern design are identical or confusingly similar to or dilutive of Plaintiff's trade dress in violation of § 43(c) of the Lanham Act, 15 U.S.C. § 1125;

50.    That this Court adjudge that Defendants' Infringing Lights extensively or entirely use Plaintiff's Spyder Design, and trade dress in Defendants' Infringing Lights in violation of § 43(c) of the Lanham Act, 15 U.S.C. § 1125;

51.    That this Court adjudge that Defendants use of its Infringing Lights is neither bona fide noncommercial use nor fair use of Plaintiff's trademarks, trade dress or the Spyder Design in violation of § 43(c)of the Lanham Act, 15 U.S.C. § 1125;

52.    That this Court adjudge that Defendants' activities as alleged in the complaint constitute common law copyright infringement of the Plaintiff's common law copyrights;

53.    That this Court adjudge that Defendants' use of its Infringing Lights have diluted the Spyder Design which is the trade dress and art illustrated in Plaintiff's Design Patents and the '038 Patent and Spyder Mark to which Plaintiff has the right to sell products under the trade dress and trademark and enforce infringement of such trade dress, and caused injury to Plaintiff's goodwill and business reputation in violation of California Business & Professions Code § 14330, and that such trade dress dilution was committed willfully;

54.    That this Court adjudge that Defendants have competed unfairly or induced acts of unfair competition with Plaintiff in violation of California Business & Professions Code §§ 17200, *et seq.*, and that such unfair competition was committed willfully;

55.    That this Court grant a preliminary injunction and thereafter a permanent injunction enjoining Defendants, and each of them, in this action

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

and all of their officers, agents, servants, employees, representatives, attorneys, parents, subsidiaries, divisions, and any and all others in active concert or participation with Defendants in this action, and each of them from:

(i)    directly or indirectly using or causing the use of any of the following in connection with advertising, distribution, display, offering for sale, or providing any products:

(a)    the designs protected by the Plaintiff's Design Patents and the '038 Patent;

(b)    the art illustrated in the Spyder Design which has achieved trade dress status or variations thereof that are identical to, substantially similar to, visual equivalents or that are likely to cause confusion, mistake, or deception among the consuming public as to the source of origin or products bearing those marks and art, or that are likely to confuse the consuming public as to the sponsorship or association of Defendants or their business, or that is likely to injure the goodwill and business reputation of Grand General;

(c)    any false designation of origin, or any false description of representation, or any false or misleading statement in connection with the advertising, offering for sale, or providing of products which are vehicle lights or knobs, including, but not limited to, representing by marks, words or conduct, that any products made, used, offered for sale, advertised or sold or distributed by Defendants originated with Grand General, or was authorized, sponsored or endorsed by, or otherwise connected with Grand General;

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

(ii)   providing, any false or misleading description of fact, or making any false or misleading representation of fact, which misrepresents in commercial advertising or promotion the nature, characteristics, qualities or geographic origin of Defendants' products;

(iii)   causing further dilution to the distinctive quality of Grand General's trade dress as illustrated in the Spyder Design or causing further injury to Plaintiff's business reputation, in violation of California Business and Professional Code § 14330;

(iv)   competing unfairly with Grand General in violation of California Business and Professions Code § 17200 and of the common law; and

(v)   enjoining sale of any products containing the Spyder Mark thereon.

56.   That this Court issue a preliminary injunction and then a permanent injunction requiring Defendants, their officers, agents, servants, employees, attorneys, parents, subsidiaries, and divisions, and those in active concert or participation with them, and each of them, to deliver up to Grand General within thirty (30) days after entry of such injunction, remove all Defendants' Infringing Lights and the United Air Valve Trailer Knob from its locations, both online and physical, from its packaging, products, advertising, promotion and distribution;

57.   That this Court order that Defendants not in any way use any of its infringing articles, any of its substantially similar articles or any confusingly similar mark to Plaintiff's patents, trademarks and copyrights;

58.   That this Court order that the products of Defendants that contain the Spyder Mark or the Spyder Design trade dress or confusingly similar mark or trade dress and any other that this Court shall deem just be transferred from

Defendants to Plaintiff, or, in the alternative, that the articles be forfeit or destroyed;

59. That this Court order that all products of Defendants that contain the design protected by Plaintiff's Design Patents and the '038 Design Patent be transferred from Defendants to Plaintiff, or, in the alternative, that the articles be forfeit or destroyed;

60. That this Court order that all products and goods of Defendants that contain the art taught in the Spyder Design be transferred from Defendants to Plaintiff, or, in the alternative, that the articles be forfeit or destroyed;

61. That this Court order that all products, packaging and goods of Defendants that contain the designs protected by Plaintiff's Design Patents and the '038 Design Patent, the art illustrated in the Spyder Design, and the Spyder Mark be transferred from Defendants to Plaintiff, or, in the alternative, that the articles be forfeit or destroyed, all in accordance with 15 U.S.C. § 1118, 17 U.S.C. § 503, 17 U.S.C. § 509, 17 U.S.C. § 1323, and California Business and Professions Code § 14340;

62. That this Court order that all products and goods of Defendants that contain the art protected by Plaintiff's Design Patents and the '038 Design Patent, the art illustrated in the Spyder Design, and the Spyder Mark be immediately seized by the Court in accordance with 15 U.S.C. § 1118, 17 U.S.C. § 503, 17 U.S.C. § 509, 17 U.S.C. § 1323, and California Business and Professions Code § 14340;

63. That this Court order that an accounting be had to determine Defendants' profits and the damages due to Grand General because of Defendants' infringing and unlawful activities, and that such profits and damages be increased threefold and awarded to Grand General with interest, all in accordance with 15 U.S.C. 1117(a);

64. That this Court award to Grand General increased damages against

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

1  Defendants to punish Defendants for its malicious and oppressive actions of

2  willful and deliberate violation of Grand General's rights;

3      65.    That this Court award Grand General all of its costs, and Grand

4  General's reasonable attorneys' fees in bringing this action;

5      66.    That this Court award treble damages against Defendants pursuant

6  to 15 U.S.C. § 1117;

7      67.    That this Court awards damages against Defendants for its

8  malicious, oppressive, and willfully tortuous acts;

9      68.    That this Court declare that the Lucidity '350 Design Patent is

10  invalid, void and of no force and effect;

11      69.    That this Court declare that the Lucidity '351 Design Patent is

12  invalid, void and of no force and effect;

13      70.    That this Court declare that the Lucidity '360 Design Patent is

14  invalid, void and of no force and effect;

15      71.    That this Court declare that the Lucidity '361 Design Patent is

16  invalid, void and of no force and effect;

17      72.    That this Court declare that the Lucidity '362 Design Patent is

18  invalid, void and of no force and effect;

19      73.    That this Court declare that the Lucidity '413 Design Patent is

20  invalid, void and of no force and effect;

21  ///

22  ///

23  ///

24

25

26

27

28

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-5346
TELEPHONE (818) 783-0990

74.   That this Court award Grand General such other and further relief as the Court may deemed just and proper.

**ROZSA LAW GROUP LC**

Dated: _October 24, 2008_

Thomas I. Rozsa
18757 Burbank, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992
tom@rozsalaw.com

Attorney for Plaintiff
Grand General Accessories Manufacturing

ROZSA LAW GROUP LC
ATTORNEYS AT LAW
18757 BURBANK BOULEVARD, SUITE 220
TARZANA, CALIFORNIA 91356-3346
TELEPHONE (818) 783-0990

COMPLAINT

## DEMAND FOR JURY TRIAL

Plaintiff hereby makes its demand for a jury trial in this case.

**ROZSA LAW GROUP LC**

Dated: _October 24, 2008_

Thomas I. Rozsa
18757 Burbank, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992

Attorney for Plaintiff
Grand General Accessories Manufacturing

cpl.004