# EXHIBIT 13

US00D556350S

| (12) United States Design Patent<br>Chang | (10) Patent No.: **US D556,350 S**<br>(45) Date of Patent: ** **Nov. 27, 2007** |
|---|---|

(54) **CLEARANCE SIDEMARKER AND IDENTIFICATION LAMP**

(75) Inventor: **Chao-Ming Chang**, Guanmiao Township, Tainan County (TW)

(73) Assignee: **Lucidity Enterprise Co., Ltd.**, An-Nan District, Tainan (TW)

(**) Term: **14 Years**

(21) Appl. No.: **29/274,534**

(22) Filed: **Apr. 30, 2007**

(51) LOC (8) Cl. .................................... **26-06**
(52) U.S. Cl. .................................... **D26/28**
(58) Field of Classification Search .......... D26/28–36; 362/61, 80, 81, 82, 83, 269, 275, 330–340
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D412,215 S | * | 7/1999 | Cohen | D26/28 |
| D437,650 S | * | 2/2001 | Moore | D26/28 |
| D455,853 S | * | 4/2002 | Henry et al. | D26/28 |
| D509,006 S | * | 8/2005 | Shimada | D26/28 |
| D519,232 S | * | 4/2006 | Columbro | D26/28 |
| D519,656 S | * | 4/2006 | Howser | D26/28 |

* cited by examiner

*Primary Examiner*—Marcus A. Jackson

(57) **CLAIM**

The ornamental design for a clearance sidemarker and identification lamp, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a clearance sidemarker and identification lamp showing my design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side elevational view thereof;
FIG. 5 is a right side elevational view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**



EXHIBIT 13
Page 144

U.S. Patent     Nov. 27, 2007     Sheet 1 of 4     US D556,350 S



FIG.1



**U.S. Patent**  Nov. 27, 2007  Sheet 2 of 4  **US D556,350 S**



FIG.2



FIG.3



**U.S. Patent**  Nov. 27, 2007  Sheet 3 of 4  US D556,350 S



FIG.4



FIG.5





FIG.6



FIG.7



# EXHIBIT 14

US00D556351S

## (12) United States Design Patent
### Tsai

(10) Patent No.: **US D556,351 S**
(45) Date of Patent: ** **Nov. 27, 2007**

(54) **CLEARANCE SIDEMARKER AND IDENTIFICATION LAMP**

(75) Inventor: **Hsi-Hsien Tsai**, Tainan (TW)

(73) Assignee: **Lucidity Enterprise Co., Ltd.**, An-Nan District, Tainan (TW)

(**) Term: **14 Years**

(21) Appl. No.: **29/274,536**

(22) Filed: **Apr. 30, 2007**

(51) LOC (8) Cl. .................................................. 26-06
(52) U.S. Cl. ........................................... D26/28
(58) Field of Classification Search .......... D26/28–36; 362/61, 80, 81, 82, 83, 269, 275, 330–340
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D437,650 S | * | 2/2001 | Moore .......................... D26/28 |
| D509,006 S | * | 8/2005 | Shimada ....................... D26/28 |
| D519,232 S | * | 4/2006 | Columbro ..................... D26/28 |
| D519,656 S | * | 4/2006 | Howser ........................ D26/28 |

* cited by examiner

*Primary Examiner*—Marcus A. Jackson

(57) **CLAIM**

The ornamental design for a clearance sidemarker and identification lamp, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a clearance sidemarker and identification lamp showing my design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a left side elevational view thereof;
FIG. 5 is a right side elevational view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**



EXHIBIT 14
Page 149

U.S. Patent     Nov. 27, 2007     Sheet 1 of 4     US D556,351 S



FIG.1


EXHIBIT 14
Page 150



FIG.2



FIG.3





FIG.4



FIG.5



**U.S. Patent**     Nov. 27, 2007     Sheet 4 of 4     **US D556,351 S**



FIG.6



FIG.7

