# EXHIBIT 22



EXHIBIT 22
Page 187



EXHIBIT 22
Page 188



EXHIBIT 22
Page 189



EXHIBIT 22
Page 190

# LED S/T/T, P/T/C & Turn Signal Light

| | Page |
|---|---|
| LED 4" S/T/T & P/T/C Light | 44 |
| LED 4" Flange Mount S/T/T & P/T/C Light | 49 |
| LED Oval S/T/T & P/T/C Light | 51 |
| LED Rectangular S/T/T & P/T/C Light | 55 |



## 12 LED 4" S/T/T Light - Reflector

**Description**
- 12 LED 4" Round S/T/T Light with Chrome Reflector
- Available in Colored or Clear Lens, 3 Contact Female Terminal
- Recommended Plug: Item # 34212/34216, 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 38116 | 12 Red | Red | Carded | 1 Pc./Card |
| 38116B | 12 Red | Red | Bulk | 1 Pc. |
| 38117 | 12 Red | Clear | Carded | 1 Pc./Card |
| 38117B | 12 Red | Clear | Bulk | 1 Pc. |

   

## 16 LED 4" P/T/C Light - Reflector

**Description**
- 16 LED 4" Round P/T/C Light with Chrome Reflector
- Available in Colored or Clear Lens, 3 Contact Female Terminal
- Recommended Plug: Item # 34212/34216, 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 39343 | 16 Amber | Amber | Carded | 1 Pc./Card |
| 39343B | 16 Amber | Amber | Bulk | 1 Pc. |
| 39344 | 16 Amber | Clear | Carded | 1 Pc./Card |
| 39344B | 16 Amber | Clear | Bulk | 1 Pc. |

   

EXHIBIT 22
Page 191