# EXHIBIT 23









# Products

## PRODUCT LINES

**SEARCH** Part Number   Go | Clear

HOME > PRODUCT LINES > USA > LED LIGHTS > 22551A

### USA
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

### Europe
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

### Australia
- LED LIGHTS
- INCANDESCENT LIGHTS

## LED LIGHTS > Turn Signal Lights



### > 22551A

Polycarbonate lens is sonic welded to polycarbonate housing. Multi-reflective design providing an unique looking. Colored multi-reflector is a new distinctive design.Kit includes light,grommet and plug. Voltage 8-14 VDC. Using 16-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22551A | amber | light only |
| 22551AK | amber | kit |
| 22551CA | amber w/clear lens | light only |
| 22551CAA | amber multi-refector w/clear lens | light only |
| 22551CAAK | amber multi-refector w/clear lens | kit |
| 22551CAK | amber w/clear lens | kit |

### REPLACEMENT PARTS

| | |
|---|---|
| 55227 | grommet |
| 53876 | plug |



ABOUT LUCIDITY | NEW PRODUCTS | PRODUCT LINES | TECHNOLOGY | EMPLOYMENT | HOT LINK
NO.83, YUNG-AN RD., AN-NAN DIST., TAINAN 709, TAIWAN, R.O.C.   TEL:886-6-3564892   FAX:886-6-3557010   E-MAIL: info@lucidity.com.tw

EXHIBIT 23
Page 192


Case 2:08-cv-07078-DDP-VBK   Document 1-28   Filed 10/27/08   Page 3 of 5   Page ID #:220

**LUCIDITY** MANUFACTURING

HOME | NEWS | INSIDE LUCIDITY | CONTACT US

## Products

**PRODUCT LINES**

SEARCH: Part Number | Go | Clear

HOME > PRODUCT LINES > USA > LED LIGHTS > 22551R

**USA**
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

**Europe**
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

**Australia**
- LED LIGHTS
- INCANDESCENT LIGHTS

**LED LIGHTS > Stop/Turn/Tail Lights**



> **22551R**
Polycarbonate lens is sonic welded to polycarbonate housing. Multi-reflective design providing an unique looking. Colored multi-reflector is a new distinctive design Kit includes light, 55227 grommet and 53876 plug. Voltage 8-14 VDC. Using 12-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22551CR | red w/clear lens | light only |
| 22551CRK | red w/clear lens | kit |
| 22551CRR | red multi-reflector w/clear lens | light only |
| 22551CRRK | red multi-reflector w/clear lens | kit |
| 22551R | red | light only |
| 22551RK | red | kit |

**REPLACEMENT PARTS**

| | | |
|---|---|---|
| 55227 | | grommet |
| 53876 | | Plug |

BACK |

ABOUT LUCIDITY | NEW PRODUCTS | PRODUCT LINES | TECHNOLOGY | EMPLOYMENT | HOT LINK
NO 83, YUNG-AN RD., AN-NAN DIST., TAINAN 709, TAIWAN, R.O.C.  TEL : 886-6-3564892  FAX : 886-6-3557010  E-MAIL info@lucidity.com.tw



EXHIBIT 23
Page 193





**LUCIDITY** MANUFACTURING

HOME | NEWS | INSIDE LUCIDITY | CONTACT US

# Products

## PRODUCT LINES

/ SEARCH  Part Number     Go  Clear

HOME > PRODUCT LINES > USA > LED LIGHTS > 22939

### USA

- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

### Europe

- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

### Australia

- LED LIGHTS
- INCANDESCENT LIGHTS

## LED LIGHTS > Turn Signal Lights



### > 22939

Sealed polycarbonate lens and base to form a unit which attaches to chrome diecast housing with screws. Multi-reflective design providing a brilliant and attractive look. Amber or red led with clear lens is available. Voltage 8-14 VDC. Amber face 18-Super LED. Red face 18-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22939AA | amber-amber | |
| 22939AR | amber-red | |

**REPLACEMENT PARTS**

**Still have no data currently !!**

BACK |

EXHIBIT 23

Page 194



HOME | NEWS | INSIDE LUCIDITY | CONTACT US

## Products

**PRODUCT LINES**

SEARCH: Part Number [Go] [Clear]

HOME > PRODUCT LINES > USA > LED LIGHTS > 22522

**USA**
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

**Europe**
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

**Australia**
- LED LIGHTS
- INCANDESCENT LIGHTS

### LED LIGHTS > Clearance Marker Lights



### > 22522

Polycarbonate lens is sonic welded to housing. Two stud mount design and two lead wires. Features with chrome ABS bazel. Multi-reflective design providing a brillian and attractive look. Voltage 8-14 VDC. Using 10-Super LED. Available with 24 VDC design.

| Part Numbers | Color | Description |
|---|---|---|
| 22522A | amber | light only |
| 22522B | blue | light only |
| 22522C | clear | light only |
| 22522CA | amber w/clear lens | light only |
| 22522CB | blue w/clear lens | light only |
| 22522CG | green w/clear lens | light only |
| 22522CR | red w/clear lens | light only |
| 22522G | green | light only |
| 22522R | red | light only |

**REPLACEMENT PARTS**

| | | |
|---|---|---|
| 57522 | | chrome bezel |

BACK |

ABOUT LUCIDITY | NEW PRODUCTS | PRODUCT LINES | TECHNOLOGY | EMPLOYMENT | HOT LINK
NO.83, YUNG-AN RD., AN-NAN DIST., TAINAN 709, TAIWAN, R.O.C.  TEL : 886-6-3564892  FAX : 886-6-3557010  E-MAIL : info@lucidity.com.tw

EXHIBIT 23
Page 195