# EXHIBIT 24



EXHIBIT 24
Page 196







EXHIBIT 24
Page 199