# EXHIBIT 25



EXHIBIT 25
Page 200





EXHIBIT 25

Page 203