# EXHIBIT 26



EXHIBIT 26
Page 204



EXHIBIT 26
Page 205

# EXHIBIT 27



EXHIBIT 27
Page 206



EXHIBIT 27
Page 207

EXHIBIT 27

Page 208

**GRAND GENERAL** Lighting & Accessories Catalog    Vol. 12

## Oval Projected Spyder LED Lights

| Diode | 12/20 LED Diodes - 12V |
|---|---|
| Size | 6-1/2" (L) x 2-1/4" (W) x 2-1/4" (H) |
| Material | Polycarbonate lens, reflector and housing are sonically sealed |
| Kit | Each kit contains:<br>• 1 light<br>• 1 grommet (80802) or S.S. flange mount rim (87146)<br>• 1-3 prong pigtail |
| Wire Connection | Hardwired w/ 3 contact female plug |
| Unit & Package | Sold by each, carded |
| Additional | Patent No.: US D474, 559S |



Recommended Hole Size
See page 183-187 for additional grommet covers.

| 20 Diodes | | | 12 Diodes | | | | | |
|---|---|---|---|---|---|---|---|---|
| Light w/S.S. Holding Rim | Light w/ Grommet | Light Only | Light w/S.S. Holding Rim | Light w/ Grommet | Light Only | Function | LED Color | Lens Color |
| 77510 | 77500 | 77490 | 83830 | 83820 | 83810 | Park/Turn/Clearance | Amber | Amber |
| 77511 | 77501 | 77491 | 83835 | 83825 | 83815 | Park/Turn/Clearance | Amber | Clear |
| 77513 | 77503 | 77493 | 83833 | 83823 | 83813 | Stop/Tail/Turn | Red | Red |
| 77514 | 77504 | 77494 | 83838 | 83828 | 83818 | Stop/Tail/Turn | Red | Clear |
| | | | 83832 | 83822 | 83812 | Back Up | White | Clear |



Amber/Amber 77490
Amber/Clear 77491
Red/Red 77493
Red/Clear 77494
Amber/Amber 83810
Red/Red 83813
White/Clear 83812
Pigtail 80472
Stainless Steel Rim 87146
Grommet 80802


