EXHIBIT 28

EXHIBIT 28

Page 210

# EXHIBIT 29



EXHIBIT 29
Page 211

<s>Case 2:08-cv-07078-DDP-VBK   Document 1-32   Filed 10/27/08   Page 5 of 7   Page ID #:245</s>



EXHIBIT 29

Page 212



EXHIBIT 29
Page 213

## Oval Low Profile Spyder LED Sealed Lights

| Diode | 20 LED Diodes - 12V |
|---|---|
| Size | 6-1/2" (L) x 2-5/16" (W) x 1-1/2" (H) |
| Material | Polycarbonate lens, reflector and housing are sonically sealed |
| Kit | Each kit contains:<br>• 1 light<br>• 1 grommet (80802) or cr. plastic flange mount rim (87200) or S.S. flange mount (87146)<br>• 1-3 prong pigtail (80472) |
| Wire Connection | Hardwired w/ 3 contact female plug |
| Unit & Package | Sold by each, carded |
| Additional | Patent No.: D570, 013 |



Recommended Hole Size

4.50 mounting hole grommet mount

See page 183-187 for additional grommet covers.

| Light w/S.S. Holding Rim | Light w/CR. Plastic Holding Rim | Light w/ Grommet | Light Only | Function | LED Color | Lens Color |
|---|---|---|---|---|---|---|
| 77020 | 77030 | 77040 | 77050 | Park/Turn/Clearance | Amber | Amber |
| 77021 | 77031 | 77041 | 77051 | Park/Turn/Clearance | Amber | Clear |
| 77023 | 77033 | 77043 | 77053 | Stop/Tail/Turn | Red | Red |
| 77024 | 77034 | 77044 | 77054 | Stop/Tail/Turn | Red | Clear |



Amber/Amber
77050



Side View
77050



Red/Red
77053





Clear Lens
77051, 77054



Pigtail
80472



Cr. plastic
87200



Grommet
80802



Stainless Steel Rim
87146

Spyder LED Lights