EXHIBIT 31



# LUCIDITY

MANUFACTURING

HOME    NEWS    INSIDE LUCIDITY    CONTACT US

## Products

**PRODUCT LINES**

/ SEARCH    Part Number    Go  Clear

HOME > PRODUCT LINES > USA > LED LIGHTS > 22568A

**USA**
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

**Europe**
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

**Australia**
- LED LIGHTS
- INCANDESCENT LIGHTS

## LED LIGHTS > Turn Signal Lights



### > 22568A

Polycarbonate lens is sonic welded to polycarbonate housing. Multi-reflective design providing an unique looking. Colored multi-reflector is a new distinctive design. Available with two models, plug needed separately or wire lead. Voltage 8-14 VDC. Using 16-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22568A | amber | light only |
| 22568AK | amber | kit |
| 22568CA | amber w/clear lens | light only |
| 22568CAA | amber multi-reflector w/clear lens | light only |
| 22568CAAK | amber multi-reflector w/clear lens | kit |
| 22568CAK | amber w/clear lens | kit |
| 22568WA | amber | light only |
| 22568WAK | amber | kit |

**REPLACEMENT PARTS**

| | | |
|---|---|---|
| 55233 | | grommet |
| 53876 | | plug |

⊙ BACK |

ABOUT LUCIDITY  |  NEW PRODUCTS  |  PRODUCT LINES  |  TECHNOLOGY  |  EMPLOYMENT  |  HOT LINK
NO.53, YUNG-AN RD., AN-NAN DIST., TAINAN 709, TAIWAN, R.O.C.   TEL : 886-6-3564892   FAX : 886-6-3557010   E-MAIL : info@lucidity.com.tw


**EXHIBIT** 31
Page 220





⌂ HOME  ▷ NEWS  ⚬ INSIDE LUCIDITY  ▭ CONTACT US

**PRODUCTS**

**PRODUCT LINES**

**/ SEARCH**  | Part Number |  **Go** **Clear**

HOME > PRODUCT LINES > USA > LED LIGHTS > 22568R

**USA**

- **LED LIGHTS**
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

**Europe**
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

**Australia**
- LED LIGHTS
- INCANDESCENT LIGHTS

**LED LIGHTS > Stop/Turn/Tail Lights**



**> 22568R**

Polycarbonate lens is sonic welded to polycarbonate housing. Multi-reflective design providing an unique looking. Colored multi-reflector is a new distinctive design. Available with two models, plug needed separately or wire lead. Voltage 8-14 VDC. Using 12-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22568CR | red w/clear lens | light only |
| 22568CRK | red w/clear lens | kit |
| 22568CRR | red multi-reflector w/clear lens | light only |
| 22568CRRK | red multi-reflector w/clear lens | kit |
| 22568R | red | light only |
| 22568RK | red | kit |
| 22568WR | red | light only |
| 22568WRK | red | kit |

**REPLACEMENT PARTS**

| | | |
|---|---|---|
| 55233 | | grommet |
| 53876 | | plug |

⟲ BACK |

ABOUT LUCIDITY  |  NEW PRODUCTS  |  PRODUCT LINES  |  TECHNOLOGY  |  EMPLOYMENT  |  HOT LINK

NO 83. YUNG-AN RD., AN-NAN DIST., TAINAN 709, TAIWAN, R.O.C.    TEL : 886-6-3564862    FAX : 886-6-3557010    E-MAIL : info @lucidity.com.tw

**EXHIBIT** 31

Page 22

# EXHIBIT 32



EXHIBIT 32

Page 222



**EXHIBIT** 32

Page 223