# EXHIBIT 33

EXHIBIT 33

Page 224


