# EXHIBIT 34






# EXHIBIT 35



EXHIBIT 35
Page 228



EXHIBIT 35
Page 229

## GRAND GENERAL Lighting & Accessories Catalog — Vol.12

### Rectangular Spyder LED Sealed Lights

| | |
|---|---|
| Diode | 12/20 LED Diodes - 12V |
| Size | 5-5/16" (L) x 3-7/16" (W) x 2-9/16" (H) |
| Material | Polycarbonate lens, reflector and housing are sonically sealed |
| Kit | Each kit contains:<br>• 1 light<br>• 1 grommet (80781) or S.S. flange mount rim (87147)<br>• 1-3 prong pigtail (80472) |
| Wire Connection | Uses standard 3 prong pigtail |
| Unit & Package | Sold by each, carded |
| Additional | Patent No.: US D474, 303S |



Recommended Hole Size
See page 183-187 for additional grommet covers.

| 20 Diodes | | | 12 Diodes | | | | |
|---|---|---|---|---|---|---|---|
| Light w/S.S. Holding Rim | Light w/ Grommet | Light Only | Light w/ Grommet | Light Only | Function | LED Color | Lens Color |
| 77480 | 77470 | 77460 | 83800 | 83790 | Park/Turn/Clearance | Amber | Amber |
| 77481 | 77471 | 77461 | 83805 | 83795 | Park/Turn/Clearance | Amber | Clear |
| 77483 | 77473 | 77463 | 83803 | 83793 | Stop/Tail/Turn | Red | Red |
| 77484 | 77474 | 77464 | 83808 | 83798 | Stop/Tail/Turn | Red | Clear |
| | | | 83802 | 83792 | Back Up | White | Clear |



Amber/Amber 77460

Amber/Clear 77461    Red/Red 77463    Red/Clear 77464

Amber/Amber 83790    Red/Red 83793    White/Clear 83792

  

Stainless Steel Rim 87147    Grommet 80781    Pigtail 80472



EXHIBIT 35
tabbies Page 230

section-1.indd 6