# EXHIBIT 36



EXHIBIT 36
Page 231

EXHIBIT 36

Page 232

## Rectangular Low Profile Spyder LED Sealed Lights

| Diode | 20 LED Diodes - 12V |
|---|---|
| Size | 5-5/16" (L) x 3-7/16" (W) x 1-5/16" (H) |
| Material | Polycarbonate lens, reflector and housing are sonically sealed |
| Kit | Each kit contains:<br>• 1 light<br>• 1 grommet (80781) or S.S. flange mount rim (87147)<br>• 1-3 prong pigtail (80783) |
| Wire Connection | Hardwired w/3 contact female plug |
| Unit & Package | Sold by each, carded |
| Additional | Patent No.: D570, 011 |



Recommended Hole Size
See page 183-187 for additional grommet covers.

| Light w/S.S. Holding Rim | Light w/ Grommet | Light Only | Function | LED Color | Lens Color |
|---|---|---|---|---|---|
| 76990 | 77000 | 77010 | Park/Turn/Clearance | Amber | Amber |
| 76991 | 77001 | 77011 | Park/Turn/Clearance | Amber | Clear |
| 76993 | 77003 | 77013 | Stop/Tail/Turn | Red | Red |
| 76994 | 77004 | 77014 | Stop/Tail/Turn | Red | Clear |



Amber/Amber 77010

77010 Side View

Amber/Clear 77011

Red/Red 77013

Red/Clear 77014

Stainless Steel Rim 87147

Grommet 80781

Pigtail 80783

Spyder LED Lights

PHONE 800.325.0578   FAX 310.631.3568   www.GrandG



# EXHIBIT 37



EXHIBIT 3+
Page 234



EXHIBIT 37
Page 235

**LED S/T/T, P/T/C & Turn Signal Light**






### 10 LED Oval S/T/T & P/T/C Light - Chrome Bezel
Description
- 10 LED Oval S/T/T or P/T/C Light with Chrome Bezel
- Available with Colored or Clear Lens, Hard Wired with 3 Contact Female Plug
- Recommended Plug: Item # 34212, 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 38900 | 10 Red | Red | Carded | 1 Pc./Card |
| 38900B | 10 Red | Red | Bulk | 1 Pc. |
| 38901 | 10 Amber | Amber | Carded | 1 Pc./Card |
| 38901B | 10 Amber | Amber | Bulk | 1 Pc. |
| 38902 | 10 Red | Clear | Carded | 1 Pc./Card |
| 38902B | 10 Red | Clear | Bulk | 1 Pc. |
| 38903 | 10 Amber | Clear | Carded | 1 Pc./Card |
| 38903B | 10 Amber | Clear | Bulk | 1 Pc. |








### 10 LED Oval S/T/T & P/T/C Light - Flange
Description
- 10 LED Oval S/T/T or P/T/C Light with Flange
- Available with Colored or Clear Lens, Hard Wired with 3 Contact Female Plug
- Recommended Plug: Item # 34212, 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 38904 | 10 Red | Red | Carded | 1 Pc./Card |
| 38904B | 10 Red | Red | Bulk | 1 Pc. |
| 38905 | 10 Amber | Amber | Carded | 1 Pc./Card |
| 38905B | 10 Amber | Amber | Bulk | 1 Pc. |
| 38906 | 10 Red | Clear | Carded | 1 Pc./Card |
| 38906B | 10 Red | Clear | Bulk | 1 Pc. |
| 38907 | 10 Amber | Clear | Carded | 1 Pc./Card |
| 38907B | 10 Amber | Clear | Bulk | 1 Pc. |






### 16 LED Rectangular S/T/T & P/T/C Light - Reflector
Description
- 16 LED Rectangular S/T/T or P/T/C Light with Reflector
- Available with 16 Red LEDs or 16 Amber LEDs, 3 Contact Female Terminal
- Recommended Plug: Item # 34212/34216, 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 39460 | 16 Red | Red | Carded | 1 Pc./Card |
| 39460B | 16 Red | Red | Bulk | 1 Pc. |
| 39459 | 16 Amber | Amber | Carded | 1 Pc./Card |
| 39459B | 16 Amber | Amber | Bulk | 1 Pc. |
| 39462 | 16 Red | Clear | Carded | 1 Pc./Card |
| 39462B | 16 Red | Clear | Bulk | 1 Pc. |
| 39461 | 16 Amber | Clear | Carded | 1 Pc./Card |
| 39461B | 16 Amber | Clear | Bulk | 1 Pc. |




EXHIBIT 37

Page 236