EXHIBIT 38





**LUCIDITY**
MANUFACTURING

⌂ HOME    NEWS    INSIDE LUCIDITY    CONTACT US



**Products**

**PRODUCT LINES**

/ SEARCH    Part Number    Go Clear

HOME > PRODUCT LINES > USA > LED LIGHTS > 22018A

**USA**

LED LIGHTS
- Clearance Marker Lights
- Identification Bar Lights
- Cab Marker Lights
- Turn Signal Lights
- Stop/Turn/Tail Lights
- Trailer Light Kits
- Towing Light Kits
- Interior & Dome Lights
- Back-Up Lights
- License Lights

INCANDESCENT LIGHTS

MOUNTING ACCESSORIES

REFLECTORS

ACCESSORIES

ELECTRICAL ACCESSORIES

**Europe**
LED LIGHTS
INCANDESCENT LIGHTS
ACCESSORIES

**Australia**
LED LIGHTS
INCANDESCENT LIGHTS

**LED LIGHTS > Turn Signal Lights**



**> 22018A**

Polycarbonate lens is sonic welded to housing
Multi-reflective design providing a brilliant and
attractive look Colored multi-reflector is a new
distinctive design. Can be mounted vertically or
horizontally. Grommet and plug are available
separately. Kit includes light, grommet and plug
Voltage 8-14 VDC. Using 16-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22018A | amber | light only |
| 22018AK | amber | kit |
| 22018CA | amber w/clear lens | light only |
| 22018CAA | amber multi-reflector w/clear lens | light only |
| 22018CAAK | amber multi-reflector w/clear lens | kit |
| 22018CAK | amber w/clear lens | kit |

**REPLACEMENT PARTS**

| | | |
|---|---|---|
| 55018 | | grommet |
| 53876 | | plug |

⟲ BACK |

ABOUT LUCIDITY  |  NEW PRODUCTS  |  PRODUCT LINES  |  TECHNOLOGY  |  EMPLOYMENT  |  HOT LINK
NO.83, YUNG-AN RD., AN-NAN DIST., TAINAN 709, TAIWAN, R.O.C.   TEL : 886-6-3564892   FAX : 886-6-3557010   E-MAIL : info@lucidity.com.tw

EXHIBIT 38
Page 237



# LUCIDITY
### MANUFACTURING

 HOME    NEWS   INSIDE LUCIDITY   CONTACT US



## Products

## PRODUCT LINES

/ SEARCH   Part Number   Go Clear

HOME > PRODUCT LINES > USA > LED LIGHTS > 22018R

### USA

LED LIGHTS
- Clearance Marker Lights
- Identification Bar Lights
- Cab Marker Lights
- Turn Signal Lights
- Stop/Turn/Tail Lights
- Trailer Light Kits
- Towing Light Kits
- Interior & Dome Lights
- Back-Up Lights
- License Lights

INCANDESCENT LIGHTS

MOUNTING ACCESSORIES

REFLECTORS

ACCESSORIES

ELECTRICAL ACCESSORIES

### Europe
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

### Australia
- LED LIGHTS
- INCANDESCENT LIGHTS

## LED LIGHTS > Stop/Turn/Tail Lights



### > 22018R

Polycarbonate lens is sonic welded to housing
Multi-reflective design providing a brilliant
andattractive look. Colored multi-reflector is a new
distinctive design. May be mounted vertically or
horizontally. Kit includes light, grommet and plug
Voltage 8-14VDC. Using 16-Super LED

| Part Numbers | Color | Description |
|---|---|---|
| 22018CR | red with clear lens | light only |
| 22018CRK | red with clear lens | kit |
| 22018CRR | red multi-reflector w/clear lens | light only |
| 22018CRRK | red multi-reflector w/clear lens | kit |
| 22018R | red | light only |
| 22018RK | red | kit |

### REPLACEMENT PARTS

| | | |
|---|---|---|
| 55018 | | grommet |
| 53876 | | plug |

BACK |

ABOUT LUCIDITY  |   NEW PRODUCTS  |   PRODUCT LINES  |   TECHNOLOGY  |   EMPLOYMENT  |   HOT LINK
NO.63, YUNG-AN RD., AN-NAN DIST., TAINAN 709, TAIWAN, R.O.C.   TEL   886-6-3564892   FAX   886-6-3557010   E-MAIL   info@lucidity.com.tw

EXHIBIT 38
Page 238

# EXHIBIT 39



EXHIBIT 39

Page 239





EXHIBIT 39

Page 240