# EXHIBIT 40

EXHIBIT 40

Page 241

EXHIBIT 40

Page 242

# EXHIBIT 41




EXHIBIT 41
Page 243

**GRAND GENERAL** Lighting & Accessories Catalog  Vol. 12

## Small Rectangular Spyder Sealed LED Sealed Marker Lights

LED

| | |
|---|---|
| Diode | 3 LED Diodes - 12V |
| Size | 2-1/2" (L) x 1-1/4" (W) x 13/16" (H) - light<br>4-3/8" (L) x 1-3/8" (W) x 15/16" (H) - rail style rim<br>3-15/16"(L) x 1-15/16"(W) x 7/16"(H) - oval rim<br>2-7/8" (L) x 1-1/2"(W) x 1/2"(H) - rim<br>3-1/4"(L) x 1-15/16"(W) x 1/2"(H) - grommet |
| Material | Polycarbonate lens and housing are sonically sealed |
| Kit | Each kit contains:<br>• 1 light<br>• 1 grommet or cr. plastic bracket rim<br>• 1-2 prong pigtail (81010) |
| Unit & Package | Sold by each, carded |



Rail Style Rim — 4.375 / 3.625 / 1.375 / 0.937

Light — 2.50 / 1.25 / 0.82

0.197 Screw Hole Diameter Rim — 2.875 / 2.00 / 1.50 / 0.50

Grommet — 3.25 / 1.93 / 0.50

0.197 Screw Hole Diameter Oval Rim — 3.92 / 2.00 / 1.94 / 0.45

Spyder LED Lights

| Light w/Cr. Oval Rim | Light w/Cr. Rail Style Rim | Light w/White Rail Style Rim | Light w/ Cr. Rim | Light w Grommet | Light Only | LED Color | Lens Color |
|---|---|---|---|---|---|---|---|
| 77885 | 77900 | 77890 | 77880 | 77870 | 77950 | Amber | Amber |
| 77886 | 77901 | 77891 | 77881 | 77871 | 77951 | Amber | Clear |
| 77887 | 77902 | 77892 | 77882 | 77872 | 77952 | Red | Red |
| 77888 | 77903 | 77893 | 77883 | 77873 | 77953 | Red | Clear |
| 77889 | 77904 | 77894 | 77884 | 77874 | 77955 | White | Clear |

***Replacement Parts***

| Part No. | Description |
|---|---|
| 87649 | Cr. rim, gasket & 2 screws |
| 87669 | Rail style, cr. rim |
| 87679 | Rail style with white rim |
| 81010 | 2 prong pigtail |
| 80955 | Grommet |
| 78179 | Small cr. oval rim |



Amber/Amber
77950



Amber/Clear
77951



Red/Red
77952









Red/Clear
77953



White/Clear
77955

\* Disclaimer: 77889, 77904, 77894, 77884, 77874, & 77955 do not meet DOT specifications. For decorations purposes only.



EXHIBIT 41

tabbies  Page 244