# EXHIBIT 42

EXHIBIT 42

Page 245



EXHIBIT 42
Page 246

## 7 LED Rectangular Clearance/Marker Light

**Description**
- 7 LED Rectangular Clearance/Marker Light
- Available in 7 Amber LEDs or 7 Red LEDs, Hard Wired with 2 Bullet Plugs
- Recommended Plug: Item # 34203/34250, 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 38163 | 7 Amber | Amber | Carded | 1 Pc./Card |
| 38163B | 7 Amber | Amber | Bulk | 1 Pc. |
| 38164 | 7 Red | Red | Carded | 1 Pc./Card |
| 38164B | 7 Red | Red | Bulk | 1 Pc. |
| 38156 | 7 Amber | Clear | Carded | 1 Pc./Card |
| 38156B | 7 Amber | Clear | Bulk | 1 Pc. |
| 38157 | 7 Red | Clear | Carded | 1 Pc./Card |
| 38157B | 7 Red | Clear | Bulk | 1 Pc. |





## 6 LED Clearance/Marker Light - Streamline Design

**Description**
- 6 LED Streamline Design Clearance/Marker Light
- Hard Wired (1 Wire with .180 Bullet Plug and 1 Wire with Ring Terminal)
- Recommended Plug: Item # 34250, 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 38165 | 6 Amber | Amber | Carded | 1 Pc./Card |
| 38165B | 6 Amber | Amber | Bulk | 1 Pc. |
| 38166 | 6 Red | Red | Carded | 1 Pc./Card |
| 38166B | 6 Red | Red | Bulk | 1 Pc. |
| 38632 | 6 Amber | Clear | Carded | 1 Pc./Card |
| 38632B | 6 Amber | Clear | Bulk | 1 Pc. |
| 38633 | 6 Red | Clear | Carded | 1 Pc./Card |
| 38633B | 6 Red | Clear | Bulk | 1 Pc. |






## 3 LED Clearance/Marker Light - Reflector

**Description**
- 3 LED Small Rectangular Clearance/Marker Light with Reflector
- Available with 3 Amber LEDs or 3 Red LEDs
- Mounting Base: Item # 33002/33002P/33003, 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 39523 | 3 Amber | Amber | Carded | 1 Pc./Card |
| 39523B | 3 Amber | Amber | Bulk | 1 Pc. |
| 39524 | 3 Red | Red | Carded | 1 Pc./Card |
| 39524B | 3 Red | Red | Bulk | 1 Pc. |
| 39525 | 3 Amber | Clear | Carded | 1 Pc./Card |
| 39525B | 3 Amber | Clear | Bulk | 1 Pc. |
| 39526 | 3 Red | Clear | Carded | 1 Pc./Card |
| 39526B | 3 Red | Clear | Bulk | 1 Pc. |




EXHIBIT 42
Page 347

# EXHIBIT 43



HOME | NEWS | INSIDE LUCIDITY | CONTACT US

# Products

## PRODUCT LINES

SEARCH: Part Number

HOME > PRODUCT LINES > USA > LED LIGHTS > 22336

**USA**
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

**Europe**
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

**Australia**
- LED LIGHTS
- INCANDESCENT LIGHTS

## LED LIGHTS > Clearance Marker Lights



### > 22336

Polycarbonate lens is sonic welded to housing. Multi-reflective design providing a brilliant and attractive look. Amber or red led with clear lens is available. Kit includes light, mounting bracket and plug. Voltage 8-14VDC. Using 3-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22336A | amber | light only |
| 22336AK | amber | kit, w/chrome bracket |
| 22336AK-B | amber | kit, w/black bracket |
| 22336CA | amber with clear lens | light only |
| 22336CAK | amber with clear lens | kit, w/chrome bracket |
| 22336CAK-B | amber with clear lens | kit, w/black bracket |
| 22336CR | red with clear lens | light only |
| 22336CRK | red with clear lens | kit, w/chrome bracket |
| 22336CRK-B | red with clear lens | kit, w/black bracket |
| 22336R | red | light only |
| 22336RK | red | kit, w/chrome bracket |
| 22336RK-B | red | kit, w/black bracket |

**REPLACEMENT PARTS**

| | | |
|---|---|---|
| 52536 | | chrome mounting bracket |
| 53875 | | plug |
| 52536B | | black mounting bracket |

BACK

EXHIBIT 43
Page 248

# LUCIDITY MANUFACTURING

## Products

### PRODUCT LINES

/ SEARCH  [Part Number]   Go | Clear

HOME > PRODUCT LINES > USA > LED LIGHTS > 22340

**USA**
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

**Europe**
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

**Australia**
- LED LIGHTS
- INCANDESCENT LIGHTS

## LED LIGHTS > Clearance Marker Lights



### > 22340

Polycarbonate lens is sonic welded to housing. Designed with two lead wires. Multi-reflective design providing a brilliant and attractive look. Features with chrome ABS bezel. Two multi-reflector models, circle and spidery design. Amber or red LED with clear lens is available. Voltage 8-14 VDC. Using 3-Super LED.

| Part Numbers | Color | Description |
| --- | --- | --- |
| 22340NA | amber | circle design |
| 22340NA-1 | amber | spidery design |
| 22340NCA | amber w/clear lens | circle design |
| 22340NCA-1 | amber w/clear lens | spidery design |
| 22340NCR | red w/clear lens | circle design |
| 22340NCR-1 | red w/clear lens | spidery design |
| 22340NR | red | circle design |
| 22340NR-1 | red | spidery design |

**REPLACEMENT PARTS**

| | | |
| --- | --- | --- |
| 57340 | | chrome bezel |

BACK |

EXHIBIT 43
Page 249