# EXHIBIT 44



EXHIBIT 44
Page 250

EXHIBIT 44

Page 257

# EXHIBIT 45

  

**LUCIDITY** MANUFACTURING

HOME | NEWS | INSIDE LUCIDITY | CONTACT US

Products

PRODUCT LINES

/ SEARCH  Part Number    Go  Clear

HOME > PRODUCT LINES > USA > LED LIGHTS > 22336

**USA**

- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

**Europe**
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

**Australia**
- LED LIGHTS
- INCANDESCENT LIGHTS

**LED LIGHTS > Clearance Marker Lights**



> **22336**

Polycarbonate lens is sonic welded to housing. Multi-reflective design providing a brilliant and attractive look. Amber or red led with clear lens is available. Kit includes light, mounting bracket and plug. Voltage 8-14VDC. Using 3-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22336A | amber | light only |
| 22336AK | amber | kit, w/chrome bracket |
| 22336AK-B | amber | kit, w/black bracket |
| 22336CA | amber with clear lens | light only |
| 22336CAK | amber with clear lens | kit, w/chrome bracket |
| 22336CAK-B | amber with clear lens | kit, w/black bracket |
| 22336CR | red with clear lens | light only |
| 22336CRK | red with clear lens | kit, w/chrome bracket |
| 22336CRK-B | red with clear lens | kit, w/black bracket |
| 22336R | red | light only |
| 22336RK | red | kit, w/chrome bracket |
| 22336RK-B | red | kit, w/black bracket |

**REPLACEMENT PARTS**

| | |
|---|---|
| 52536 | chrome mounting bracket |
| 53875 | plug |
| 52536B | black mounting bracket |

ABOUT LUCIDITY | NEW PRODUCTS | PRODUCT LINES | TECHNOLOGY | EMPLOYMENT

EXHIBIT 45
Page 252

## GRAND GENERAL Lighting & Accessories Catalog

### Small Rectangular Single Sealed LED Sealed Marker Lights

| Diode | 3 LED Diodes - 12V |
|---|---|
| Size | 2-1/2" (L) x 1-1/4" (W) x 13/16" (H) - light<br>4-3/8" (L) x 1-3/8" (W) x 15/16" (H) - rail style rim<br>3-15/16"(L) x 1-15/16"(W) x 7/16"(H) - oval rim<br>2-7/8" (L) x 1-1/2"(W) x 1/2"(H) - rim<br>3-1/4"(L) x 1-15/16"(W) x 1/2"(H) - grommet |
| Material | Polycarbonate lens and housing are sonically sealed |
| Kit | Each kit contains:<br>• 1 light<br>• 1 grommet or cr. plastic bracket rim<br>• 1- 2 prong pigtail (81010) |
| Unit & Package | Sold by each, carded |



Rail Style Rim / Light / Grommet / 0.197 Screw Hole Diameter Rim / 0.197 Screw Hole Diameter Oval Rim

**Spyder LED Lights**

| Light w/Cr. Oval Rim | Light w/Cr. Rail Style Rim | Light w/White Rail Style Rim | Light w/ Cr. Rim | Light w Grommet | Light Only | LED Color | Lens Color |
|---|---|---|---|---|---|---|---|
| 77885 | 77900 | 77890 | 77880 | 77870 | 77950 | Amber | Amber |
| 77886 | 77901 | 77891 | 77881 | 77871 | 77951 | Amber | Clear |
| 77887 | 77902 | 77892 | 77882 | 77872 | 77952 | Red | Red |
| 77888 | 77903 | 77893 | 77883 | 77873 | 77953 | Red | Clear |
| 77889 | 77904 | 77894 | 77884 | 77874 | 77955 | White | Clear |

**Replacement Parts**

| Part No | Description |
|---|---|
| 87649 | Cr. rim, gasket & 2 screws |
| 87669 | Rail style, cr. rim |
| 87679 | Rail style with white rim |
| 81010 | 2 prong pigtail |
| 80955 | Grommet |
| 78179 | Small cr. oval rim |



Amber/Amber 77950


Amber/Clear 77951


Red/Red 77952






Red/Clear 77953



White/Clear 77955

* Disclaimer: 77889, 77904, 77894, 77884, 77874, & 77955 do not meet DOT specifications. For decorations purposes only.



EXHIBIT 45
Page 253