# EXHIBIT 46





EXHIBIT 46
Page 255

## Medium Rectangular Sealed Spyder LED Lights

| Diode | 4 LED Diodes - 12V |
|---|---|
| Size | • 3-13/16" (L) x 1-1/4" (W) x 7/8" (H) - light<br>• 4-1/16" (L) x 1-1/16" (W) x 1/2" (H) - rectangular bracket<br>• 5-1/8"(L) x 2-15/16"(W) x 7/32"(H) - oval bracket |
| Material | Polycarbonate lens and housing are sonically sealed |
| Kit | Each kit contains:<br>• 1 light<br>• 1 bracket<br>• 1-2 prong pigtail (81010) |
| Unit & Package | Sold by each, carded |
| Additional | Reverse polarity protected |



| Light w/Cr. Oval Bracket | Light w/Cr. Bracket | Light w/ Black Bracket | Light Only | LED Color | Lens Color |
|---|---|---|---|---|---|
| 77865 | 77860 | 77850 | 77960 | Amber | Amber |
| 77866 | 77861 | 77851 | 77961 | Amber | Clear |
| 77867 | 77862 | 77852 | 77962 | Red | Red |
| 77868 | 77863 | 77853 | 77963 | Red | Clear |
| 77869 | 77864 | 77854 | 77965 | White | Clear |



Amber/Amber
77960


Amber/Clear
77961


Red/Red
77962


Red/Clear
77963


Cr. Oval Bracket
77869


Cr. Bracket
80346


Black Bracket
80347

\* Disclaimer: 77869, 77864, 77854, & 77965 do not meet DOT specifications. For decorations purposes only.


EXHIBIT 46
Page 356

# EXHIBIT 47



EXHIBIT 47
Page 257



## 8 LED Rectangular Clearance/Marker Light

### Description
- 8 LED Rectangular Clearance/Marker Light
- Reflex Lens, Hard Wired with 2 Bullet Plugs
- Recommended Plug: Item # 34203/34250, 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 38258 | 8 Amber | Amber | Carded | 1 Pc./Card |
| 38258B | 8 Amber | Amber | Bulk | 1 Pc. |
| 38259 | 8 Red | Red | Carded | 1 Pc./Card |
| 38259B | 8 Red | Red | Bulk | 1 Pc. |
| 38322 | 8 Amber | Clear | Carded | 1 Pc./Card |
| 38322B | 8 Amber | Clear | Bulk | 1 Pc. |
| 38323 | 8 Red | Clear | Carded | 1 Pc./Card |
| 38323B | 8 Red | Clear | Bulk | 1 Pc. |






## 4 LED Rectangular Clearance/Marker Light - Reflector

### Description
- 4 LED Rectangular Clearance/Marker Light with Reflector
- Available with 4 Amber LEDs or 4 Red LEDs with Colored or Clear Lens
- Mounting Base: Item # 30919/33004/33006, 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 39463 | 4 Amber | Amber | Carded | 1 Pc./Card |
| 39463B | 4 Amber | Amber | Bulk | 1 Pc. |
| 39464 | 4 Red | Red | Carded | 1 Pc./Card |
| 39464B | 4 Red | Red | Bulk | 1 Pc. |
| 39465 | 4 Amber | Clear | Carded | 1 Pc./Card |
| 39465B | 4 Amber | Clear | Bulk | 1 Pc. |
| 39466 | 4 Red | Clear | Carded | 1 Pc./Card |
| 39466B | 4 Red | Clear | Bulk | 1 Pc. |








## 12 LED Rectangular Clearance/Marker Light

### Description
- 12 LED Rectangular Clearance/Marker Light
- Available with 12 Amber LEDs or 12 Red LEDs with Colored or Clear Lens
- Mounting Base: Item # 30919/33004/33006, 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 38161 | 12 Amber | Amber | Carded | 1 Pc./Card |
| 38161B | 12 Amber | Amber | Bulk | 1 Pc. |
| 38162 | 12 Red | Red | Carded | 1 Pc./Card |
| 38162B | 12 Red | Red | Bulk | 1 Pc. |
| 38212 | 12 Amber | Clear | Carded | 1 Pc./Card |
| 38212B | 12 Amber | Clear | Bulk | 1 Pc. |
| 38213 | 12 Red | Clear | Carded | 1 Pc./Card |
| 38213B | 12 Red | Clear | Bulk | 1 Pc. |







EXHIBIT 47
Page 259

## LED Clearance/Marker Light

### 4 LED Reflector Clearance/Marker Light

**Description**
- 4 LED Reflector Clearance/Marker Light
- Available with 4 Amber LEDs or 4 Red LEDs, Hard Wired
- Recommended Plug: Item # 34203/34250, 10 Year Warranty

| Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 39398 | 4 Amber | Amber | Carded | 1 Pc./Card |
| 39398B | 4 Amber | Amber | Bulk | 1 Pc. |
| 39399 | 4 Red | Red | Carded | 1 Pc./Card |
| 39399B | 4 Red | Red | Bulk | 1 Pc. |
| 39400 | 4 Amber | Clear | Carded | 1 Pc./Card |
| 39400B | 4 Amber | Clear | Bulk | 1 Pc. |
| 39401 | 4 Red | Clear | Carded | 1 Pc./Card |
| 39401B | 4 Red | Clear | Bulk | 1 Pc. |




### 15 LED Rectangular Clearance/Marker Light

**Description**
- 15 LED Peterbilt Style Rectangular Clearance/Marker Light
- Deluxe Chrome Stainless Steel Bezel Included, Hard Wired with 2 Bullet Plugs
- Recommended Plug: Item # 34203/34250, 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 38301 | 15 Amber | Amber | Carded | 1 Pc./Card |
| 38301B | 15 Amber | Amber | Bulk | 1 Pc. |
| 38302 | 15 Red | Red | Carded | 1 Pc./Card |
| 38302B | 15 Red | Red | Bulk | 1 Pc. |
| 38303 | 15 Amber | Clear | Carded | 1 Pc./Card |
| 38303B | 15 Amber | Clear | Bulk | 1 Pc. |
| 38304 | 15 Red | Clear | Carded | 1 Pc./Card |
| 38304B | 15 Red | Clear | Bulk | 1 Pc. |




### 12 LED Rectangular Clearance/Marker Light - Reflector

**Description**
- 12 LED Peterbilt Style Rectangular Clearance/Marker Light with Reflector
- Deluxe Chrome Stainless Steel Bezel Included, Hard Wired with 2 Bullet Plugs
- Recommended Plug: Item # 34203/34250, 2 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 38305 | 12 Amber | Amber | Carded | 1 Pc./Card |
| 38305B | 12 Amber | Amber | Bulk | 1 Pc. |
| 38306 | 12 Red | Red | Carded | 1 Pc./Card |
| 38306B | 12 Red | Red | Bulk | 1 Pc. |
| 38307 | 12 Amber | Clear | Carded | 1 Pc./Card |
| 38307B | 12 Amber | Clear | Bulk | 1 Pc. |
| 38308 | 12 Red | Clear | Carded | 1 Pc./Card |
| 38308B | 12 Red | Clear | Bulk | 1 Pc. |


  

EXHIBIT 47

Page 260