# EXHIBIT 48



## Products

/ SEARCH  Part Number    Go  Clear

HOME > PRODUCT LINES > USA > LED LIGHTS > 22337

### PRODUCT LINES

**USA**
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

**Europe**
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

**Australia**
- LED LIGHTS
- INCANDESCENT LIGHTS

## LED LIGHTS > Clearance Marker Lights



> **22337**

Polycarbonate lens is sonic welded to housing. Multi-reflective design providing a brilliant and attractive look. Amber or red with clear lens is available. Kit includes light, mounting bracket and plug. Voltage 8-14 VDC. Using 4 Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22337A | amber | light only |
| 22337AK | amber | kit, w/chrome bracket |
| 22337AK-B | amber | kit, w/black bracket |
| 22337CA | amber with clear lens | light only |
| 22337CAK | amber with clear lens | kit, w/chrome bracket |
| 22337CAK-B | amber with clear lens | kit, w/black bracket |
| 22337CR | red with clear lens | light only |
| 22337CRK | red with clear lens | kit, w/chrome bracket |
| 22337CRK-B | red with clear lens | kit, w/black bracket |
| 22337R | red | light only |
| 22337RK | red | kit, w/chrome bracket |
| 22337RK-B | red | kit, w/black bracket |

### REPLACEMENT PARTS

| | |
|---|---|
| 52232 | chrome mounting bracket |
| 56232 | plug |
| 52232B | black mounting bracket |

BACK |

ABOUT LUCIDITY | NEW PRODUCTS | PRODUCT LINES | TECHNOLOGY | EMPLOYMENT
NO.83, YUNG-AN RD., AN-NAN DIST., TAINAN 709, TAIWAN, R.O.C.    TEL: 886-6-3564892    FAX: 886-6-3567010    E-MAIL

EXHIBIT 48
Page 261





**LUCIDITY** MANUFACTURING

HOME | NEWS | INSIDE LUCIDITY | CONTACT US



# Products

## PRODUCT LINES

SEARCH: Part Number [Go] [Clear]

HOME > PRODUCT LINES > USA > LED LIGHTS > 22339

### USA
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

### Europe
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

### Australia
- LED LIGHTS
- INCANDESCENT LIGHTS

## LED LIGHTS > Clearance Marker Lights



### > 22339

Polycarbonate lens is sonic welded to housing. Designed with two lead wires. Multi-reflective design providing a brilliant and attractive look. Features with chrome ABS bezel. Three multi-reflector models, star, circle and spidery design. Amber or red LED with clear lens is available. Voltage 8-14 VDC. Using 4-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22339A | amber | star design |
| 22339CA | amber w/clear lens | star design |
| 22339CR | red w/clear lens | star design |
| 22339NA | amber | circle design |
| 22339NA-1 | amber | spidery design |
| 22339NCA | amber w/clear lens | circle design |
| 22339NCA-1 | amber w/clear lens | spidery design |
| 22339NCR | red w/clear lens | circle design |
| 22339NCR-1 | red w/clear lens | spidery design |
| 22339NR | red | circle design |
| 22339NR-1 | red | spidery design |
| 22339R | red | star design |

**REPLACEMENT PARTS**

| | | |
|---|---|---|
| 57339 | | chrome bezel |

BACK |

ABOUT LUCIDITY | NEW PRODUCTS | PRODUCT LINES | TECHNOLOGY | EMPLOYMENT | HOT LINK
NO.83, YUNG-AN RD., AN-NAN DIST., TAINAN 709, TAIWAN, R.O.C.   TEL: 886-6-3564892   FAX: 886-6-3557010   E-MAIL: info@lucidity.com.tw



EXHIBIT 48
Page 262

# EXHIBIT 49





EXHIBIT 49
Page 263

