# EXHIBIT 50




# LUCIDITY MANUFACTURING

HOME | NEWS | INSIDE LUCIDITY | CONTACT US



**Products**

## PRODUCT LINES

SEARCH: Part Number    [Go] [Clear]



**USA**
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

**Europe**
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

**Australia**
- LED LIGHTS
- INCANDESCENT LIGHTS

## LED LIGHTS > Clearance Marker Lights



### > 22337

Polycarbonate lens is sonic welded to housing. Multi-reflective design providing a brilliant and attractive look. Amber or red with clear lens is available. Kit includes light, mounting bracket and plug. Voltage 8-14 VDC. Using 4-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22337A | amber | light only |
| 22337AK | amber | kit, w/chrome bracket |
| 22337AK-B | amber | kit, w/black bracket |
| 22337CA | amber with clear lens | light only |
| 22337CAK | amber with clear lens | kit, w/chrome bracket |
| 22337CAK-B | amber with clear lens | kit, w/black bracket |
| 22337CR | red with clear lens | light only |
| 22337CRK | red with clear lens | kit, w/chrome bracket |
| 22337CRK-B | red with clear lens | kit, w/black bracket |
| 22337R | red | light only |
| 22337RK | red | kit, w/chrome bracket |
| 22337RK-B | red | kit, w/black bracket |

**REPLACEMENT PARTS**

| | | |
|---|---|---|
| 52232 | | chrome mounting bracket |
| 56232 | | plug |
| 52232B | | black mounting bracket |

BACK

ABOUT LUCIDITY | NEW PRODUCTS | PRODUCT LINES | TECHNOLOGY | EMPLOYME...

EXHIBIT 5C
Page 265

| Diode | 4 LED Diodes - 12V |
|---|---|
| Size | • 3-13/16" (L) x 1-1/4" (W) x 7/8" (H) - light<br>• 4-1/16" (L) x 1-1/16" (W) x 1/2" (H) - rectangular bracket<br>• 5-1/8"(L) x 2-15/16"(W) x 7/32"(H) - oval bracket |
| Material | Polycarbonate lens and housing are sonically sealed |
| Kit | Each kit contains:<br>• 1 light<br>• 1 bracket<br>• 1-2 prong pigtail (81010) |
| Unit & Package | Sold by each, carded |
| Additional | Reverse polarity protected |



| Light w/Cr. Oval Bracket | Light w/Cr. Bracket | Light w/ Black Bracket | Light Only | LED Color | Lens Color |
|---|---|---|---|---|---|
| 77865 | 77860 | 77850 | 77960 | Amber | Amber |
| 77866 | 77861 | 77851 | 77961 | Amber | Clear |
| 77867 | 77862 | 77852 | 77962 | Red | Red |
| 77868 | 77863 | 77853 | 77963 | Red | Clear |
| 77869 | 77864 | 77854 | 77965 | White | Clear |



Amber/Amber
77960

   

Amber/Clear  77961    Red/Red  77962    Red/Clear  77963    Cr. Oval Bracket  77869

 

Cr. Bracket  80346    Black Bracket  80347

* Disclaimer: 77869, 77864, 77854, & 77965 do not meet DOT specifications. For decorations purposes only.

Spyder LED Lights





section-1.indd  13

# EXHIBIT 51



EXHIBIT 51
Page 267



EXHIBIT 51

Page 268

## Spyder LED Lights

### Rectangular Spyder LED Marker & Clearance

| Diode | 8 LED Diodes - 12V |
|---|---|
| Size | 6" (L) x 2" (W) x 1-5/8" (H) |
| Material | Polycarbonate lens, chrome reflector and housing are sonically sealed |
| Wire Connection | 79714 pigtail is included |
| Unit & Package | Sold by each, carded |
| Additional | Patent No.: US D507,670S |




| Part No. | LED Color | Lens Color |
|---|---|---|
| 77660 | Amber | Amber |
| 77661 | Amber | Clear |
| 77662 | Red | Red |
| 77663 | Red | Clear |


Amber/Clear 77661


Amber/Amber 77660


Red/Red 77662

Red/Clear 77663

### Fluorine Spyder LED Marker & Clearance

| Diode | 2 LED Diodes - 12V |
|---|---|
| Size | 4" (L) x 2" (W) x 1-7/16" (H) |
| Material | Features snap-acrylic lens with housing |
| Unit & Package | Sold by each, carded |
| Additional | Patent No.: US D463, 590S |




| Part No. | LED Color | Lens Color |
|---|---|---|
| 78470 | Amber | Amber |
| 78471 | Blue | Blue |
| 78472 | Green | Green |
| 78473 | Red | Red |
| 78474 | White | Clear |
| 78475 | Amber | Clear |
| 78476 | Red | Clear |


Amber/Amber 78470


Red/Red 78493

