# EXHIBIT 52

EXHIBIT 52

Page 270



EXHIBIT 52
Page 271

**New Item**

## 10 LED Rectangular Clearance/Marker Light - Reflector

Description
- 10 LED Peterbilt Style Rectangular Clearance/Marker Light with Reflector
- Hard Wired with Two .180 Bullet Plugs, Deluxe Stainless Steel Bezel
- Recommended Plug: Item # 34203/34250, 10 Year Warranty

| Item Number | LEDs | Color | Package | Pack |
|---|---|---|---|---|
| 39451 | 10 Amber | Amber | Display Pack | 1 Pc./Pack |
| 39452 | 10 Red | Red | Display Pack | 1 Pc./Pack |
| 39453 | 10 Amber | Clear | Display Pack | 1 Pc./Pack |
| 39454 | 10 Red | Clear | Display Pack | 1 Pc./Pack |

   

## 13 LED Rectangular Clearance/Marker Light - Reflector

Description
- 13 LED Peterbilt Style Rectangular Clearance/Marker Light with Reflector
- Hard Wired with Two .180 Bullet Plugs, Deluxe Stainless Steel Bezel
- Recommended Plug: Item # 34203/34250, 10 Year Warranty

| Item Number | LEDs | Color | Package | Pack |
|---|---|---|---|---|
| 39592 | 13 Amber | Amber | Display Pack | 1 Pc./Pack |
| 39593 | 13 Red | Red | Display Pack | 1 Pc./Pack |
| 39594 | 13 Amber | Clear | Display Pack | 1 Pc./Pack |
| 39595 | 13 Red | Clear | Display Pack | 1 Pc./Pack |

       



EXHIBIT 52
Page 372

# EXHIBIT 53

  

**LUCIDITY** MANUFACTURING

HOME | NEWS | INSIDE LUCIDITY | CONTACT US



Products

## PRODUCT LINES

SEARCH | Part Number | Go Clear

### USA
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

### Europe
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

### Australia
- LED LIGHTS
- INCANDESCENT LIGHTS

**LED LIGHTS > Clearance Marker Lights**

  

> **22338**

Polycarbonate lens is sonic welded to housing. Multi-reflective design providing a brilliant and attractive look. Designed with wire lead. Amer or red led with clear lens is avaiable. Voltage 8-14 VDC. Using 13-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22338A | amber | light only |
| 22338AK | amber | kit |
| 22338CA | amber with clear lens | light only |
| 22338CAK | amber with clear lens | kit |
| 22338CR | red with clear lens | light only |
| 22338CRK | red with clear lens | kit |
| 22338R | red | light only |
| 22338RK | red | kit |

**REPLACEMENT PARTS**

| | | |
|---|---|---|
| 53532 | | plug |

◀ BACK |

ABOUT LUCIDITY | NEW PRODUCTS | PRODUCT LINES | TECHNOLOGY | EMPLOYMENT | HOT LINK

EXHIBIT 53
tabbies® Page 273