# EXHIBIT 54



EXHIBIT 54

Page 274




# EXHIBIT 55





**LUCIDITY MANUFACTURING**

HOME | NEWS | INSIDE LUCIDITY | CONTACT US



## Products

### PRODUCT LINES

SEARCH: Part Number — Go | Clear

HOME > PRODUCT LINES > USA > LED LIGHTS > 22338

**USA**
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

**Europe**
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

**Australia**
- LED LIGHTS
- INCANDESCENT LIGHTS

### LED LIGHTS > Clearance Marker Lights



> **22338**

Polycarbonate lens is sonic welded to housing. Multi-reflective design providing a brilliant and attractive look. Designed with wire lead Amer or red led with clear lens is avaiable. Voltage 8-14 VDC. Using 13-Super LED.

| Part Numbers | Color | Description |
| --- | --- | --- |
| 22338A | amber | light only |
| 22338AK | amber | kit |
| 22338CA | amber with clear lens | light only |
| 22338CAK | amber with clear lens | kit |
| 22338CR | red with clear lens | light only |
| 22338CRK | red with clear lens | kit |
| 22338R | red | light only |
| 22338RK | red | kit |

**REPLACEMENT PARTS**

| | | |
| --- | --- | --- |
| 53532 | | plug |

BACK |

ABOUT LUCIDITY | NEW PRODUCTS | PRODUCT LINES | TECHNOLOGY | EMPLOYMENT | HOT LINK
NO.83, YUNG-AN RD., AN-NAN DIST., TAINAN 709, TAIWAN, R.O.C.   TEL 886-6-3564892   FAX 886-6-3557010   E-MAIL info@lucidity.com.tw



EXHIBIT 55
Page 276

**GRAND GENERAL** Lighting & Accessories Catalog  **Vol.12**

## Rectangular Spyder LED Marker & Clearance

| Diode | 8 LED Diodes - 12V |
|---|---|
| Size | 6" (L) x 2" (W) x 1-5/8" (H) |
| Material | Polycarbonate lens, chrome reflector and housing are sonically sealed |
| Wire Connection | 79714 pigtail is included |
| Unit & Package | Sold by each, carded |
| Additional | Patent No.: US D507,670S |




| Part No. | LED Color | Lens Color |
|---|---|---|
| 77660 | Amber | Amber |
| 77661 | Amber | Clear |
| 77662 | Red | Red |
| 77663 | Red | Clear |


Amber/Clear 77661


Amber/Amber 77660

Red/Red 77662

Red/Clear 77663

## Tiger Eye Spyder LED Marker & Clearance

| Diode | 2 LED Diodes - 12V |
|---|---|
| Size | 4" (L) x 2" (W) x 1-7/16" (H) |
| Material | Features snap-acrylic lens with housing |
| Unit & Package | Sold by each, carded |
| Additional | Patent No.: US D463, 590S |



| Part No. | LED Color | Lens Color |
|---|---|---|
| 78470 | Amber | Amber |
| 78471 | Blue | Blue |
| 78472 | Green | Green |
| 78473 | Red | Red |
| 78474 | White | Clear |
| 78475 | Amber | Clear |
| 78476 | Red | Clear |


Amber/Amber 78470


Red/Red 78493

Spyder LED Lights