# EXHIBIT 56



EXHIBIT 56
Page 278



EXHIBIT 56
Page 279



EXHIBIT 56
Page 280



EXHIBIT 56

Page 981

## Spyder LED Lights

### Spyder Turn Signal Lights for Peterbilt

| Diode | • Front : 30 - 12V diodes<br>• Side : 12 - 12V diodes |
|---|---|
| Unit & Package | Sold by each, carded |
| Additonal | Fits Peterbilt single or dual rectangular headlight<br>Patent No.: US D564, 110S |

| Part No. | LED Color | Lens Color |
|---|---|---|
| 77232 | Amber | Amber |
| 77233 | Amber | Clear |

77232 Angle
77233 Angle
77232 Front
77233 Front
77232 Side
77233 Side

### Cab Marker Spyder LED Lights

| Diode | • Front and side : 7 Spyder LED Diodes - 12V<br>• Top : 4 LED Diodes - 12V |
|---|---|
| Size | 10-1/2" x 3-7/8" x 2-5/8" |
| Material | Cr. die cast or cr. plastic housing |
| Kit | Each kit contains:<br>• Chrome die cast or plastic housing<br>• Spyder LED light<br>• Sponge base gasket<br>• 2 pcs mounting screws |
| Unit & Package | Sold by each, carded |



3.875
10.50
2.625
9.188

| Chrome Die Cast Housing | Chrome Plastic Housing | LED Color | Lens Color |
|---|---|---|---|
| 77560 | 77562 | Amber | Amber |
| 77561 | 77563 | Clear | Clear |

*Replacement Parts*

| Part No | Color |
|---|---|
| 79869 | Mounting gasket for Cab marker light |
| 81312 | Gasket for lens |
| 77568 | Amber Spyder LED w/ reflector, amber lens |
| 77569 | Amber Spyder LED w/ reflector, clear lens |

77560


77569


77568

Mounting Gasket

Lens Gasket

20   GRAND GENERAL Accessories Manufacturing   1806 E. Vista Bella Way, Rancho Domingue...

section-1.indd   20


EXHIBIT S6
tabbles page B82