# EXHIBIT 57



EXHIBIT 57
Page 283









EXHIBIT 57
Page 286



LED Cab Light

| | Page |
|---|---|
| LED Square Cab Light | 30 |
| LED Round Cab Light | 32 |
| LED Rectangular Cab Light | 37 |
| LED Pick-Up/SUV Cab Light | 38 |

## 17 LED Cab Light - Reflector

Description
- 17 LED Square Cab Light with Reflector
- Available with Amber or Clear Lens
- Fully Sealed, Fits Existing Light Housing
- 2 Wires (Hard Wired), 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 39527 | 17 Amber | Amber | Carded | 1 Pc./Card |
| 39527B | 17 Amber | Amber | Bulk | 1 Pc. |
| 39528 | 17 Amber | Clear | Carded | 1 Pc./Card |
| 39528B | 17 Amber | Clear | Bulk | 1 Pc. |





## 17 LED Cab Light Complete Kit - Reflector

Description
- 17 LED Square Cab Light with Reflector and Chrome Plastic Housing
- Available with Amber or Clear Lens
- 2 Wires (Hard Wired), 10 Year Warranty

| Item Number | LEDs | Lens | Package | Pack |
|---|---|---|---|---|
| 39529 | 17 Amber | Amber | Carded | 1 Kit/Card |
| 39529B | 17 Amber | Amber | Boxed | 1 Kit/Box |
| 39530 | 17 Amber | Clear | Carded | 1 Kit/Card |
| 39530B | 17 Amber | Clear | Boxed | 1 Kit/Box |





EXHIBIT 57
Page 287