# EXHIBIT 58








**LUCIDITY** MANUFACTURING

HOME | NEWS | INSIDE LUCIDITY | CONTACT US



Products

**PRODUCT LINES** / SEARCH  Part Number  Go  Clear

HOME > PRODUCT LINES > USA > LED LIGHTS > 22075NA

## USA

- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

## Europe

- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

## Australia

- LED LIGHTS
- INCANDESCENT LIGHTS

**LED LIGHTS > Cab Marker Lights**



3 13/16"
10 3/4"
2 13/16"
9 1/8"

> **22075NA**

Polycarbonate lens is sonic welded to housing. Electronics completely sealed in epoxy to resist corrosion and moisture. Multi-reflective design providing a brilliant and attractive look. LED light can attach to chromed high-impact ABS housing with screw to form a LED cab light kit. The LED light is replaceable. LED cab light kit with EVA mounting pad for weather resistance. Voltage 8-14 VDC. Using 17-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22075NA | amber | LED light only |
| 22075NAK | amber | LED cab light kit |
| 22075NCA | amber with clear lens | LED light only |
| 22075NCAK | amber with clear lens | LED cab light kit |

**REPLACEMENT PARTS**

**Still have no data currently !!**

BACK |

ABOUT LUCIDITY | NEW PRODUCTS | PRODUCT LINES | TECHNOLOGY | EMPLOYMENT | HOT LINK
NO.83, YUNG-AN RD., AN-NAN DIST., TAINAN 709, TAIWAN, R.O.C.   TEL 886-6-3564892   FAX 886-6-3557010   E-MAIL info@lucidity.com.tw



EXHIBIT 56
Page 288

# EXHIBIT 59








EXHIBIT 59

Page 290