# EXHIBIT 60

   

**LUCIDITY** MANUFACTURING

HOME | NEWS | INSIDE LUCIDITY | CONTACT US

## Products

**PRODUCT LINES**

/ SEARCH  Part Number   **Go** | **Clear**

### USA
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

### Europe
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

### Australia
- LED LIGHTS
- INCANDESCENT LIGHTS

**LED LIGHTS > Cab Marker Lights**



**> 22075NA**

Polycarbonate lens is sonic welded to housing. Electronics completely sealed in epoxy to resist corrosion and moisture. Multi-reflective design providing a brilliant and attractive look. LED light can attach to chromed high-impact ABS housing with screw to form a LED cab light kit. The LED light is replaceable. LED cab light kit with EVA mounting pad for weather resistance. Voltage 8-14 VDC. Using 17-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22075NA | amber | LED light only |
| 22075NAK | amber | LED cab light kit |
| 22075NCA | amber with clear lens | LED light only |
| 22075NCAK | amber with clear lens | LED cab light kit |

**REPLACEMENT PARTS**

**Still have no data currently !!**

BACK |

ABOUT LUCIDITY | NEW PRODUCTS | PRODUCT LINES | TECHNOLOGY | EMPLOYMENT | HOT LINK

EXHIBIT 60
Page 291

**GRAND GENERAL** Lighting & Accessories Catalog — Vol. 12

**LED** / **Spyder LED Lights**

## Spyder Amber LED Turn Signal Light for Peterbilt

| | |
|---|---|
| Diode | • Front : 30 - 12V diodes<br>• Side : 12 - 12V diodes |
| Unit & Package | Sold by each, carded |
| Additonal | Fits Peterbilt single or dual rectangular headlight<br>Patent No.: US D564, 110S |



| Part No. | LED Color | Lens Color |
|---|---|---|
| 77232 | Amber | Amber |
| 77233 | Amber | Clear |


77232 Angle


77232 Front


77232 Side / 77233 Side


77233 Angle

77233 Front

## Cab Marker Spyder LED Lights

| | |
|---|---|
| Diode | • Front and side : 7 Spyder LED Diodes - 12V<br>• Top : 4 LED Diodes - 12V |
| Size | 10-1/2" x 3-7/8" x 2-5/8" |
| Material | Cr. die cast or cr. plastic housing |
| Kit | Each kit contains:<br>• Chrome die cast or plastic housing<br>• Spyder LED light<br>• Sponge base gasket<br>• 2 pcs mounting screws |
| Unit & Package | Sold by each, carded |



Dimensions: 3.875, 10.50, 9.188, 2.625

| Chrome Die Cast Housing | Chrome Plastic Housing | LED Color | Lens Color |
|---|---|---|---|
| 77560 | 77562 | Amber | Amber |
| 77561 | 77563 | Clear | Clear |

*Replacement Parts*

| Part No. | Color |
|---|---|
| 79869 | Mounting gasket for Cab marker light |
| 81312 | Gasket for lens |
| 77568 | Amber Spyder LED w/ reflector, amber lens |
| 77569 | Amber Spyder LED w/ reflector, clear lens |


77560


77569


77568


Mounting Gasket / Lens Gasket

EXHIBIT 60
Page 292

# EXHIBIT 61

| Diode | 24 LED Diodes per face - 12V |
|---|---|
| Size | • Light size: 4-1/4" dia x 2-1/2" deep<br>• Stud size: 1/2" x 20" x 1-11/16" |
| Material | Cr. die cast housing, 3 mounting holes acrylic lens |
| Unit & Package | Sold by each, carded |
| Additional | Housing acts as the ground, black wire is for low beam, red wire is for high beam, white is for ground. |



2.50
3.22　4.57
1/2 - 20 Stud Size
1.67
See page 186 for cr. plastic rim.

| Part No. | LED Color | Lens Color |
|---|---|---|
| 78360 | Amber/Red | Amber/Red |
| 78361 | Amber/Amber | Amber/Amber |
| 78362 | Amber/Amber | Clear/Clear |
| 78363 | Amber/Red | Clear/Clear |

    

78361 Side View    78362    78362 Side View    78363    78360 Side View    78360

**Pearl LED Lights**

| Diode | 24 LED Diodes per face - 12V |
|---|---|
| Size | 4-1/2" (L) x 2-1/2" (W) x 4-1/2" (H) |
| Material | Cr. plastic housing, high heat acrylic lens |
| Kit | Each kit contains:<br>• Universal 1 stud/ 2 studs<br>• 4 diode side marker light<br>• Mounting hardware for stud or bracket mount |
| Unit & Package | Sold by each, carded |
| Additional | • White wire - ground<br>• Black wire - low beam<br>• Red wire - high beam<br>• Patent No.: D511,850 |

**Universal Single/Double Studs**



2.50
4.50　4.90
1/2 Stud
Rim with Visor

| Left Hand Side | Right Hand Side | LED Color | Lens Color |
|---|---|---|---|
| 77620 | | Amber/Amber | Amber/Amber |
| 77621 | 77624 | Amber/Red | Amber/Red |
| 77622 | | Amber/Amber | Clear/Clear |
| 77623 | 77625 | Amber/Red | Clear/Clear |

* See page 183 for 77629 cr. plastic rim with visor.



78622    78623    78621

EXHIBIT 61

Page 243

section-2.indd 27