# EXHIBIT 62



EXHIBIT 62

Page 294



EXHIBIT 62
Page 245





EXHIBIT 62
Page 297



EXHIBIT 62
Page 298

**LED S/T/T, P/T/C & Turn Signal Light**

## LED Square Double Face Turn Signal Light - Double Stud

### Description
- Square Double Face Turn Signal with 18 Amber LEDs + 3 Amber LEDs (Side Marker) + 18 Red LEDs, Please Specify Driver or Passenger Side
- Heavy Duty Chrome Housing, Double Stud Mounting, Reflector Design
- 3 Wires (1 Wire with Ring Terminal), 10 Year Warranty

| Item Number | LEDs | Description | Package | Pack |
|---|---|---|---|---|
| 39377 | 18+3 Amber/ 18 Red | Driver/ Color Lens | Carded | 1 Pc./Card |
| 39378 | 18+3 Amber/ 18 Red | Passenger/ Color Lens | Carded | 1 Pc./Card |
| 39379 | 18+3 Amber/ 18 Red | Driver/ Clear Lens | Carded | 1 Pc./Card |
| 39380 | 18+3 Amber/ 18 Red | Passenger/ Clear Lens | Carded | 1 Pc./Card |



## LED Square Double Face Turn Signal Light - Double Stud

### Description
- Square Double Face Turn Signal with 25 Amber LEDs + 2 Amber LEDs (Side Marker) + 25 Red LEDs, Please Specify Driver or Passenger Side
- Heavy Duty Chrome Housing, Double Stud Mounting
- 3 Wires (1 Wire with Ring Terminal), 10 Year Warranty

| Item Number | LEDs | Description | Package | Pack |
|---|---|---|---|---|
| 38756 | 25+2 Amber/ 25 Red | Driver/ Color Lens | Carded | 1 Pc./Card |
| 38756B | 25+2 Amber/ 25 Red | Driver/ Color Lens | Bulk | 1 Pc. |
| 38757 | 25+2 Amber/ 25 Red | Passenger/ Color Lens | Carded | 1 Pc./Card |
| 38757B | 25+2 Amber/ 25 Red | Passenger/ Color Lens | Bulk | 1 Pc. |
| 38758 | 25+2 Amber/ 25 Red | Driver/ Clear Lens | Carded | 1 Pc./Card |
| 38758B | 25+2 Amber/ 25 Red | Driver/ Clear Lens | Bulk | 1 Pc. |
| 38759 | 25+2 Amber/ 25 Red | Passenger/ Clear Lens | Carded | 1 Pc./Card |
| 38759B | 25+2 Amber/ 25 Red | Passenger/ Clear Lens | Bulk | 1 Pc. |



EXHIBIT 62
Page 299

LED S/T/T P/T/C & Turn Signal Light

## LED Square Double Face Turn Signal Light - Single Stud

### Description
- Square Double Face Turn Signal Light with 25 Amber LEDs + 2 Amber LEDs (Side Marker) + 25 Red LEDs, Please Specify Driver or Passenger Side
- Heavy Duty Chrome Housing, Single Stud Mounting
- 3 Wires (1 Wire with Ring Terminal), 10 Year Warranty

| Item Number | LEDs | Description | Package | Pack |
|---|---|---|---|---|
| 38750 | 25+2 Amber/ 25 Red | Driver/ Color Lens | Carded | 1 Pc./Card |
| 38751 | 25+2 Amber/ 25 Red | Passenger/ Color Lens | Carded | 1 Pc./Card |
| 38752 | 25+2 Amber/ 25 Red | Driver/ Clear Lens | Carded | 1 Pc./Card |
| 38753 | 25+2 Amber/ 25 Red | Driver/ Clear Lens | Carded | 1 Pc./Card |

## LED Square Double Face Turn Signal Light - Single Stud

### Description
- Square Turn Signal Light with 21 Amber LEDs + 3 Amber LEDs (Side Marker) + 21 Red LEDs, Please Specify Driver or Passenger Side
- Chrome Housing, Single Stud Mounting
- 3 Wires (1 Wire with Ring Terminal), 10 Year Warranty

| Item Number | LEDs | Description | Package | Pack |
|---|---|---|---|---|
| 38701 | 21+3 Amber/ 21 Red | Driver/ Color Lens | Carded | 1 Pc./Card |
| 38702 | 21+3 Amber/ 21 Red | Passenger/ Color Lens | Carded | 1 Pc./Card |
| 38705 | 21+3 Amber/ 21 Red | Driver/ Clear Lens | Carded | 1 Pc./Card |
| 38706 | 21+3 Amber/ 21 Red | Passenger/ Clear Lens | Carded | 1 Pc./Card |

EXHIBIT 62
Page 300