# EXHIBIT 63





**LUCIDITY** MANUFACTURING

🏠 HOME   📰 NEWS   🔧 INSIDE LUCIDITY   ✉️ CONTACT US

## Products

### PRODUCT LINES

/ SEARCH   Part Number   Go Clear

HOME > PRODUCT LINES > USA > LED LIGHTS > 22941

**USA**
- LED LIGHTS
  - Clearance Marker Lights
  - Identification Bar Lights
  - Cab Marker Lights
  - Turn Signal Lights
  - Stop/Turn/Tail Lights
  - Trailer Light Kits
  - Towing Light Kits
  - Interior & Dome Lights
  - Back-Up Lights
  - License Lights
- INCANDESCENT LIGHTS
- MOUNTING ACCESSORIES
- REFLECTORS
- ACCESSORIES
- ELECTRICAL ACCESSORIES

**Europe**
- LED LIGHTS
- INCANDESCENT LIGHTS
- ACCESSORIES

**Australia**
- LED LIGHTS
- INCANDESCENT LIGHTS

## LED LIGHTS > Turn Signal Lights



4 9/16"   2 7/16"   4 3/4"

### > 22941

Sealed polycarbonate lens and base to form a unit which attaches to chrome plated housing with screws. Multi-reflective design providing a brilliant and attractive look. Colored multi-reflector is a new distinctive design. Function as combination park, tail, turn, side marker and reflector. Available with one or two stud mount. Voltage 8-14 VDC. Amber face using 18-Super LED. Red face using 9 or 18-Super LED. Side marker using 3-Super LED.

| Part Numbers | Color | Description |
|---|---|---|
| 22941AA | amber 18 LED-amber 18 LED | one stud |
| 22941AR | amber 18 LED-red 9 LED | one stud |
| 22941AR-1 | amber 18 LED-red 18 LED | one stud |
| 22941CAA | amber 18 LED-amber 18 LED | one stud |
| 22941CAR | amber 18 LED-red 9 LED | one stud |
| 22941CAR-1 | amber 18 LED-red 18 LED | one stud |
| 22941VAA | amber 18 LED-abmer 18 LED | two stud |
| 22941VAR | amber 18 LED-red 9 LED | two stud |
| 22941VAR-1 | amber 18 LED-red 18 LED | two stud |
| 22941VCAA | amber 18 LED-amber 18 LED | two stud |
| 22941VCAR | amber 18 LED-red 9 LED | two stud |
| 22941VCAR-1 | amber 18 LED-red 18 LED | two stud |

### REPLACEMENT PARTS

**Still have no data currently !!**

BACK |

ABOUT LUCIDITY  |  NEW PRODUCTS  |  PRODUCT LINES  |  TECHNOLOGY  |  EMPLOYMENT  |  HOT LINK

NO.83, YUNG-AN RD., AN-NAN DIST., TAINAN 709, TAIWAN, R.O.C.   TEL : 886-6-3564892  FAX : 886-6-3557010  E-MAIL : info@lucidity.com.tw



EXHIBIT 63

Page 301

# EXHIBIT 64

## 4" Double Faced Pearl LED Lights

| | |
|---|---|
| Diode | 24 LED Diodes per face - 12V |
| Size | • Light size: 4-1/4" dia x 2-1/2" deep<br>• Stud size: 1/2" x 20" x 1-11/16" |
| Material | Cr. die cast housing, 3 mounting holes acrylic lens |
| Unit & Package | Sold by each, carded |
| Additional | Housing acts as the ground, black wire is for low beam, red wire is for high beam, white is for ground. |

2.50
3.22   4.57   1/2 - 20 Stud Size
1.67
See page 186 for cr. plastic rim.

| Part No. | LED Color | Lens Color |
|---|---|---|
| 78360 | Amber/Red | Amber/Red |
| 78361 | Amber/Amber | Amber/Amber |
| 78362 | Amber/Amber | Clear/Clear |
| 78363 | Amber/Red | Clear/Clear |



78361 Side View   78362   78362 Side View   78363   78360 Side View   78360

**Pearl LED Lights**

## Square Double Faced Pearl LED Light

| | |
|---|---|
| Diode | 24 LED Diodes per face - 12V |
| Size | 4-1/2" (L) x 2-1/2" (W) x 4-1/2" (H) |
| Material | Cr. plastic housing, high heat acrylic lens |
| Kit | Each kit contains:<br>• Universal 1 stud/ 2 studs<br>• 4 diode side marker light<br>• Mounting hardware for stud or bracket mount |
| Unit & Package | Sold by each, carded |
| Additional | • White wire - ground<br>• Black wire - low beam<br>• Red wire - high beam<br>• Patent No.: D511,850 |

**Universal Single/Double Studs**

2.50   4.50   4.90   1/2 Stud   Rim with Visor

| Left Hand Side | Right Hand Side | LED Color | Lens Color |
|---|---|---|---|
| 77620 | | Amber/Amber | Amber/Amber |
| 77621 | 77624 | Amber/Red | Amber/Red |
| 77622 | | Amber/Amber | Clear/Clear |
| 77623 | 77625 | Amber/Red | Clear/Clear |

* See page 183 for 77629 cr. plastic rim with visor.



78622   78623   78621

 EXHIBIT 64   Page 302